UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cr-00158-JPH-MJD |
| TAMMY MORGAN, | ) -01 |
| Defendant. | ) ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On January 16, 2025, Magistrate Judge Tim A. Baker entered a Report and Recommendation finding that Tammy Morgan violated conditions of her supervised release and sentencing her to 6 months imprisonment with no supervised release to follow. Dkt. 110. The parties have had the opportunity to object but have not done so. *See* 28 U.S.C. § 636(b)(1)(C).

The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [110], under 18 U.S.C. §§ 3401(i), 3583(e). The Court now **ORDERS** that Ms. Morgan's supervised release is **REVOKED**, dkt. [103]. Ms. Morgan is sentenced to the custody of the Attorney General or his designee for imprisonment of 6 months with no supervised release to follow. The Court recommends placement at Bureau of Prisons with a medical facility that can treat her mental health conditions, to the extent possible. Violations number 3 and 7 are **DISMISSED**.

**SO ORDERED.**

Date: 2/3/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C